United States District Court
For the Eastern District of New York


-------------------------------------------------------------------------]

Yesenia Gabriela Parada Campos,

     Petitioner,

v.                                                                Dkt No:

Kristi Noem,
And Officer Montgomery,

                                              Initials:

     Respondents.


-----------------------------------------------------------------------]


Verified Petition for a Writ of Habeas Corpus



Submitted by:


Bruno J Bembi
Attorney for Petitioner

PO Box 5248
Hempstead, NY 11551

(516) 483 -7372
Brunobembi4@gmail.com

BB 8381

Verified Petition for a Writ of Habeas Corpus

1. Petitioner, Yesenia Gabriela Parada Campos, is currently in ICE custody, upon information and belief, at 26 Federal Plaza, New York City, NY. Her immigration A-number is: 206-427-368.
2. Ms. Parada brings this petition for a writ of habeas corpus seeking her immediate relief under 28 U.S.C. 2241. Her home address is: 938 Ditmas Ave, Uniondale, NY 11553.

Respondents

3. Respondent. Kristi Noem, is Secretary of the United States Department of Homeland Security with an address at 245 Murray Lane SW, Washington DC 20528.
4. Respondent, Officer Montgomery, is an ICE Officer with an address at 201 Varick St Rm 1219 New York, NY 10014.

Facts

5. Ms. Parada is a native and citizen of El Salvador who first came to the United States in 2013. She was born in 1994.
6. Ms. Parada has 2 U.S. citizen children, ages 4 and 9.
7. Upon information and belief, Ms. Parada was ordered removed in absentia by an immigration judge in Memphis, TN in March 2017. She indicates she was ordered removed in her absence because of a problem with the dates on the notices from the immigration court.
8. Ms. Parada cleans houses for a living.
9. On March 1, 2026, she was driving from work to get lunch. She brushed another car with hers. The police were called who then called ICE and she was detained by ICE.
10. Erick Martinez, her partner, is the only one caring for her two children.
11. At no time did the arresting officers consider whether Ms. Parada was a flight risk before detaining her.
12. Ms. Parada now respectfully submits this petition seeking his immediate release from ICE custody.

First Claim

13. Petitioner repeats and realleges all facts in paragraphs 1 through 12.
14. Ms Parada's arrest was unlawful because it was made without probable cause to believe she is an alien and without probable cause to believe she is a flight risk, as required by 8 U.S.C. 1357(a)(2) and 8 C.F.R. 287.8(c)(2)(ii).

1

See, Refugio Ramirez Orlando v Noem, 2025 U.S. Dist LEXIS 234204 (Dist CO, J. Brook Jackson, Nov 25, 2025).

## Second Claim

15. Petitioner repeats and realleges all facts in paragraphs 1 through 12..

16. Ms. Parada's detention is unlawful because she is not subject to detention under 8 U.S.C. section 1225.

## Third Claim

17. Petitioner repeats and realleges all facts in paragraphs 1 through 12.

18. Ms. Parada's detention is unlawful because her detention is contrary to due process of law.

WHEREFORE, it is respectfully requested that Ms. Parada's transfer outside the Eastern District of New York be stayed; that her removal be stayed; and that she be ordered released from custody on her own recognizance.

## Attorney Verification

I, Bruno J Bembi, attorney at law, affirm that the above statements are true, except for those made upon information and belief, and as to those, I have a reasonable, good faith basis to believe they are true.

Respectfully submitted,

Dated: 3/3/26

Bruno J Bembi
Attorney at Law
P.O. Box 5248
Hempstead, NY 11551
BB 8381

(516) 483 -7372

2