Bruno J Bembi
Attorney at Law
P.O. Box 5248
Hempstead, NY 11551
(516) 483 -7372

Brunobembi4@gmail.com

March 4, 2026

BY ECF
Honorable Judge Sanket J Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Parada Campos v Noem, 26-cv-1238-SJB (habeas corpus)

Attorney Affirmation of Service

Dear Hon. Judge Bulsara:

I affirm that today I emailed a copy of the habeas corpus petition in the above matter, along with a copy of the civil cover sheet, and notice of electronic filing to AUSA Elliot Schachner and Mary Dickman, and that I sent a copy of the same by Federal Express to the U.S. Attorney's Office, 271 Cadman Plaza E., Brooklyn NY 11201 as USPS was not functioning.

Respectfully submitted,

cc: AUSA (electronically)

Bruno J Bembi
Attorney for Petitioner