# Exhibit A

**U.S. Department of Homeland Security**

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

File No:_____

In the Matter of:

Respondent: _____ YESENIA GABRIELA PARADA-CAMPOS _____ currently residing at:

_____█████████████████████████_____█████████_____
(Number, street, city and ZIP code)                    (Area code and phone number)

   1. You are an arriving alien.

   2. You are an alien present in the United States who has not been admitted or paroled.

   3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

   1. You are not a citizen or national of the United States;2. You are a native of EL SALVADOR and a citizen of EL SALVADOR ;3. You entered into the United States at or near HIDALGO, TEXAS, on or about December 25, 2013;4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

   212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who entered into the United States at any time or place other than as designated by the Attorney General.

   This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

   Section 235(b)(1) order was vacated pursuant to:   8CFR 208.30(f)(2)   8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

   HARLINGEN, TEXAS, 2009 W JEFFERSON AVE, STE 300 HARLINGEN, TX 19533
_____
*(Complete Address of Immigration Court, including Room Number, if any)*

on _____ at _____ to show why you should not be removed from the United States based on the
   ☑    *(Date)*   ☐   *(Time)*       ☐

charge(s) set forth above.   JOSE U. CHAVEZ , SUPERVISORY BORDER PATROL AGENT
☐     _____
                       *(Signature and Title of Issuing Officer)*

Date: _____       Weslaco, Texas
      12/26/2013      _____
                          *(City and State)*

**See reverse for important information**

Form I-862 (Rev. 08/01/07)

**Notice to Respondent**

**Warning:  Any statement you make may be used against you in removal proceedings.**

**Alien Registration:**  This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings.  You are required to carry it with you at all times.

**Representation:**  If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16.  Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel.  A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing**:  At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case.  If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear.  You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.  At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily.  You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:**  You are required to provide the DHS, in writing, with your full mailing address and telephone number.  You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding.  You will be provided with a copy of this form.  Notices of hearing will be mailed to this address. If you do not submit  Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing.  If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and  you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a).  Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm.  You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order.  Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final.  If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter.  If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal.  This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period.  If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing.  I waive my right to a 10-day period prior to appearing before an immigration judge.

Before:

YESENIA GABRIELA PARADA-CAMPOS
_____
*(Signature of Respondent)*

ZACHARY T. CARPENTER , BORDER PATROL AGENT
_____
*(Signature and Title of Immigration Officer)*

Date: _____

**Certificate of Service**

This Notice To Appear was served on the respondent by me on _____12/26/2013_____, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

    in person                  by certified mail, returned receipt requested             by regular mail

    Attached is a credible fear worksheet.

    Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____Spanish_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____YESENIA GABRIELA PARADA-CAMPOS_____
*(Signature of Respondent if Personally Served)*

_____ZACHARY T. CARPENTER , BORDER PATROL AGENT____
*(Signature and Title of  officer)*

# Exhibit B

# GENERAL MOTIONS

## (EXCEPT MOTIONS TO REOPEN)

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**PLEASE PROVIDE THE FOLLOWING INFORMATION: *PRINT LEGIBLY***

**ALIEN NUMBER:** ██████ - ██████ - ██████

**DETAINED:** ☐ YES   ☑ NO

**NAME OF ALIEN:** Yesenia G. Parada-Campos

**IMMIGRATION JUDGE:** E. Lamb
**(THIS INFORMATION CAN BE OBTAINED BY CALLING: 1-800-898-7180)**

**DATE OF HEARING:** 11 / 27 / 2017 (MM/DD/YY)

**ASSISTANT CHIEF COUNSEL:**_____
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**CHECK TYPE OF MOTION (*CHECK ALL THAT APPLIES*):**

**CHANGE OF VENUE** ☑           **ADJOURNMENT** ☐
**REMAND (NOT FOR MTR)** ☐      **TERMINATION** ☐
**WITHDRAWAL** ☑

**OTHER:**_____

**IS A G-28 OR EOIR 28 ATTACHED?** ☐ YES   ☑ NO

**ATTACHMENTS SUBMITTED IN SUPPORT OF THE MOTION:**
    (1)___utility bill_____
    (2)_____
    (3)_____
●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**NAME (PRINT):** Emil Delgado

**LAW FIRM:** _____

**STREET ADDRESS:** 1501 Broadway, 12 FL

**CITY:** New York   **STATE:** N.Y.   **ZIP CODE:** 10036

**TELEPHONE NUMBER:** ███████████████

**SIGNATURE:** *Emil Delgado*

EMIL G. DELGADO
1501 Broadway, 12th floor
New York, NY 10036

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NY

----------------------------------------------
                                              )
IN THE MATTER OF                              )
                                              )
**PARADA-CAMPOS, YESENIA G.** )       File No.
PARADA-TIZNADO, JUSTIN D.    )
In Removal Proceeding                         )
                                              )
----------------------------------------------

Immigration Judge:  <u>E. Lamb</u>                    Next hearing: <u>11/27/2017</u>

# MOTION FOR CHANGE OF VENUE

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
NEW YOR CITY, NY

IN THE MATER OF                    )
**LALA-INAMAGUA, MARIA G.**        )          File No. ▮▮▮▮▮▮
PARADA-TIZNADO, JUSTIN D.          )
Respondent                         )          In Removal Proceedings

## MOTION FOR CHANGE OF VENUE

Now comes Respondent, Maria Lala-Inamagua, through her signing attorney, and states before this court as follows:

I.      Respondent has a pending individual hearing at this court set for November 27 of 2017, yet she has moved outside of the state with her child.

II.     Please consider the attached receipt, which indicates her new address as ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Cable receipt attached as **Exhibit A**)

III.    Respondent needs to have her case seen in Tennessee, which holds proper jurisdiction over her person.

THEREFORE, Respondent asks this honorable court to allow the change the venue of this case to Tennessee.  Respectfully submitted by attorney,

Emil G. Delgado, Esq.                        Dated: _10 – 7 - 2016_
1501 Broadway, 12th floor
New York, NY 10036
Tel. 646-571-2047, Fax 212-574-3303
Email: emil.immigration@gmail.com

---------------------------------------------------------------------------------
### PROOF OF SERVICE:

The counsel of record certifies that on _10 - 7-2016_ , he mailed a copy of this *Motion for Change of Venue*, along with any attachments, to the Office of Principal Legal Adviser, 26 Federal Plaza, Room 1130, New York, NY 10278

Emil G. Delgado, Esq.

## <u>INDEX OF EXHIBITS</u>:

A        Cable receipt                    [page 4]

 **Comcast**

Account Number [REDACTED]
Billing Date 07/24/16
Total Amount Due $73.61
Payment Due By 08/17/16
Page 1 of 2

Contact us @ www.xfinity.com @ 1-800-XFINITY (1-800-934-6489)

Yesenia Campos



### News from Comcast

For quick and convenient ways to manage your account, view and pay your bill, please visit www.xfinity.com/myaccount

| | |
|---|---|
| Previous Balance | 92.14 |
| Payment - 07/14/16 - Thank You | 73.61 |
| New Charges (see below) | $73.61 |
| **Total Amount Due** | |
| Payment Due By | 08/17/16 |

| | |
|---|---|
| XFINITY Bundled Services | 44.99 |
| Additional XFINITY Internet Services | 20.00 |
| Other Charges & Credits | 5.00 |
| Taxes, Surcharges & Fees | 3.62 |
| Total New Charges | 573.61 |

Thank you for being a valued
XFINITY customer!

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

**Comcast**

If undeliverable, please return to:
PO BOX 2167 NORCROSS GA 30091-2167

YESENIA CAMPOS

[REDACTED]

| | |
|---|---|
| Account Number | [REDACTED] |
| Payment Due By | 08/17/16 |
| Total Amount Due | $73.61 |
| Amount Enclosed | $ |

COMCAST
PO BOX 530098
ATLANTA GA 30353-0098

# Exhibit C

**OCC-NYC MOTIONS**

Step 1: Check One ➡ ☐ Detained ☒ Non-Detained

Step 2: Check One ➡ ☒ Immigration Judge ☐ BIA

**Step 3: Check One Motion Type and All Applicable Reasons for the Motion** ➡

| ☐ General Motions | ☐ Motion to Reopen/Reconsider | ☐ Joint Motion to Reopen Request* | ☐ Request for Prosecutorial Discretion |
|---|---|---|---|
| ☐ Change of Venue<br>☐ Adjournment<br>☐ Dismissal for USCIS adjudication<br>☒ Withdrawal<br>☐ Other: _____ | ☐ Adjustment of Status<br>☐ Asylum/WH/CAT<br>☐ In Absentia Order<br>☐ Other: _____ | ☐ Adjustment of Status<br>☐ Asylum/WH/CAT<br>☐ In Absentia Order<br>☐ Other: _____ | |

**Step 4: Case Information (Print Legibly)** ➡

Alien's Name: _Yesenia G. Parada-Campos_

Alien Registration Number: ▉▉▉▉▉ + ▉▉▉▉▉

Immigration Judge: _E Lamb_    Date of Hearing: _11 / 27 / 2017_

Assistant Chief Counsel: _____    Table of Contents Attached? ☐ Yes ☒ No

G-28 or EOIR-28 Attached? ☐ Yes ☒ No

**Step 5: Motion Submitted By (Print Legibly)** ➡

Name: _Emil Delgado_

Law firm: _____    Phone Number: ▉▉▉▉▉

Street Address: _1501 Broadway, 12FL_

City: _New York_    State: _N.Y_    Zip Code: _10036_

Service by mail must be made to our street address at the appropriate location - 26 Federal Plaza, Varick Street or ICE Hudson Valley. The OCC-NYC does not have a PO Box address.

We encourage the use of E-service. Please see the OCC-NYC Electronic Service Fact Sheet for more information.

| E-Service Mailboxes: | |
|---|---|
| **Prosecutorial Discretion:** ▉▉▉▉▉ | **Other Filings:**<br>26 Federal Plaza: ▉▉▉▉▉ |
| **Joint Motions to Reopen:** ▉▉▉▉▉ | Varick Street: ▉▉▉▉▉<br>Ulster/Downstate: ▉▉▉▉▉ |

EMIL G. DELGADO
1501 Broadway, 12th floor
New York, NY 10036

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NY

-------------------------------------------------
                                           )
IN THE MATTER OF                        · )
                                           )
**PARADA-CAMPOS, YESENIA G.** )          File No. ███████
PARADA-TIZNADO, JUSTIN D.      )
In Removal Proceeding                   )
                                           )
-------------------------------------------------

Immigration Judge: <u>E. Lamb</u>                    Next hearing: <u>11/27/2017</u>

## REQUEST TO WITHDRAW LEGAL REPRESENTATION

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
NEW YOR CITY, NY

| | | |
|---|---|---|
| IN THE MATER OF | ) | |
| **LALA-INAMAGUA, MARIA G.** | ) | File No. █████ |
| PARADA-TIZNADO, JUSTIN D. | ) | |
| Respondent | ) | In Removal Proceedings |

## REQUEST TO WITHDRAW LEGAL REPRESENTATION

Now comes the attorney of record to request this court to relief him from representing Respondent provided the following circumstances:

I.  Respondent is changing the venue of her case to Tennessee, and our office can not continue to provided adequate legal representation at a distance.

II.  Our office is located in New York City, and can not appear in Tennessee to represent Respondent, nor is she able to manage the expenses of transportation to the new venue.

III.  Respondent is aware of these facts and the challenges of long distance representation, and has been advised to seek local counsel.

THEREFORE, the undersigning attorney asks this honorable court to discharge him from representing Respondent. Respectfully submitted by attorney,

Emil G. Delgado, Esq.
1501 Broadway, 12th floor
New York, NY 10036
Tel. █████
Fax. █████

Dated: _10 - 7 - 2016_

I hereby certify that on the same date of this filing, a true and correct copy of this *Request to Withdraw Legal Representation* was mailed to the Office of Principal Legal Adviser, 26 Federal Plaza, Room 1130, New York, NY 10278

Emil G. Delgado, Esq.    10 - 7 - 2016

# Exhibit D

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
26 FEDERAL PLZ, 12TH FL RM1237
NEW YORK, NY  10278


Emil Delgado Law Office
Delgado, Emil
1501 Broadway
12 floor
New York, NY  10036

IN THE MATTER OF                    FILE ████████          DATE: Nov 16, 2016
PARADA-CAMPOS, YESENIA GABRIELA


__  UNABLE TO FORWARD - NO ADDRESS PROVIDED

__  ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
    IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
    WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
    SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
    YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
    MUST BE MAILED TO:    BOARD OF IMMIGRATION APPEALS
                          OFFICE OF THE CLERK
                          5107 Leesburg Pike, Suite 2000
                          FALLS CHURCH, VA  22041


__  ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
    OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
    THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
    WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
    SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
    8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
    TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                          IMMIGRATION COURT
                          26 FEDERAL PLZ, 12TH FL RM1237
                          NEW YORK, NY  10278


XX OTHER: MOTION TO CHANGE VENUE GRANTED.


                                        SA
                                        COURT CLERK
                                        IMMIGRATION COURT                    FF

       CC: DISTRICT COUNSEL, NYC DISTRICT
           26 FEDERAL PLAZA, ROOM #1130
           NEW YORK, NY, 10278

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
26 FEDERAL PLZ, 12TH FL RM1237
NEW YORK, NY  10278


ON BEHALF OF RESPONDENT:
Emil Delgado Law Office
Delgado, Emil
1501 Broadway
12 floor
New York, NY 10036


IN THE MATTER OF
PARADA-CAMPOS, YESENIA GABRIELA

DATE: Oct 20, 2016

FILE NO. ███████████

IN REMOVAL PROCEEDINGS

ON BEHALF OF DEPARTMENT OF
HOMELAND SECURITY:
DISTRICT COUNSEL, NYC DISTRICT
26 FEDERAL PLAZA, ROOM #1130
NEW YORK, NY 10278


ORDER

Upon due consideration of the Motion for Change of Venue and
_____ non-opposition by the opposing party, or
_____ opposing party was given notice and had an opportunity to respond

in the above entitled matter, it is HEREBY ORDERED; that venue is changed
to Immigration Court at Memphis, TN
in order to permit the respondent to defend himself/herself in the area
in which he/she resides.
The Alien's current address is: ████████████████

ELIZABETH A. LAMB
Immigration Judge                                      HW

Appeal:
Appeal Due By:

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL  (M)      PERSONAL SERVICE  (P)
TO: [  ] ALIEN [  ] ALIEN c/o Custodial Officer [X] ALIEN'S ATT/REP [X] DHS
DATE: 11/15/16          BY:  COURT STAFF  /A
 Attachments:  [  ] EOIR-33  [  ] EOIR-28  [  ] Legal Services List  [  ]OTHER

# Exhibit E

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
80 MONROE AVE., SUITE 501
MEMPHIS, TN  38103

YESINA PARADA-CAMPOS

IN THE MATTER OF                   FILE A  ███████        DATE: Mar 3, 2017
PARADA-CAMPOS, YESENIA GABRIELA


\_\_  UNABLE TO FORWARD - NO ADDRESS PROVIDED

\_\_  ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
     IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
     WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
     SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
     YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
     MUST BE MAILED TO:     BOARD OF IMMIGRATION APPEALS
                           OFFICE OF THE CLERK
                           5107 Leesburg Pike, Suite 2000
                           FALLS CHURCH, VA  22041


\_\_  ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
     OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
     THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
     WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
     SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
     8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
     TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                           IMMIGRATION COURT
                           80 MONROE AVE., SUITE 501
                           MEMPHIS, TN  38103

X  OTHER:  IT ORDER_____

                                     _____
                                           COURT CLERK
                                           IMMIGRATION COURT            FF
     CC: DHS/OFFICE OF THE PRINCIPAL LEGAL ADVISOR
         80 Monroe Ave, Suite 502
         Memphis, TN,  38103

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
MEMPHIS, TENNESSEE

IN THE MATTER OF:
PARADA-CAMPOS, YESENIA GABRIELA

DATE:  Mar 3, 2017

CASE NO.  ████████████

RESPONDENT IN REMOVAL PROCEEDINGS

DECISION

Jurisdiction was established in this matter by the filing of the Notice to
Appear issued by the Department of Homeland Security, with the
Executive Office for Immigration Review and by service upon the
respondent.  See 8 C.F.R. § 1003.14(a), 103.5a.

The respondent was provided written notification of the time, date and
location of the respondent's removal hearing.  The respondent was also
provided a written warning that failure to attend this hearing, for other
than exceptional circumstances, would result in the issuance of an order of
removal in the respondent's absence provided that removability was established.
Despite the written notification provided, the respondent failed to appear
at his/her hearing, and no exceptional circumstances were shown for his/her
failure to appear.  This hearing was, therefore, conducted in absentia pursuant
to section 240(b)(5)(A) of the Immigration and Nationality Act.

[  ]  At a prior hearing the respondent admitted the factual allegations
      in the Notice to Appear and conceded removability.  I find
      removability established as charged.

  The Department of Homeland Security submitted documentary
      evidence relating to the respondent which established the truth
      of the factual allegations contained in the Notice to Appear.  I
      find removability established as charged.

I further find that the respondent's failure to appear and proceed with
any applications for relief from removal constitutes an abandonment
of any pending applications and any applications the respondent may have
been eligible to file.  Those applications are deemed abandoned and
denied for lack of prosecution.  See Matter of Pearson, 13 I&N Dec. 152
(BIA 1969); Matter of Perez, 19 I&N Dec. 433 (BIA 1987); Matter of R-R,
20 I&N Dec. 547 (BIA 1992).

ORDER:   The respondent shall be removed to EL SALVADOR or in the
alternative to  on the charge(s)
contained in the Notice to Appear.

MATTHEW W. KAUFMAN
Immigration Judge

cc:   Assistant District Counsel
      Attorney for Respondent/Respondent

Z1

 An official website of the United States government

Here's how you know

 **EOIR** Automated Case Information

---

**Court Closures Today**  March 1, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **PARADA-CAMPOS, YESENIA GABRIELA** ███████



# Automated Case Information

## Name: PARADA-CAMPOS, YESENIA GABRIELA | A-Number:
███████████

 **Next Hearing Information**



*There are no future hearings for this case.*

---

**Court Decision and Motion Information**

The immigration judge ordered **REMOVAL**.

**DECISION DATE**

Case 2:26-cv-01238-SJB   Document 7-2   Filed 03/04/26   Page 21 of 25 PageID #: 45

March 3, 2017

## COURT ADDRESS

80 MONROE AVE, GARDEN LVL G-10

MEMPHIS, TN 38103

 **BIA Case Information**

No appeal was received for this case.

## 🏛 Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

### COURT ADDRESS

80 MONROE AVE, GARDEN LVL G-10

MEMPHIS, TN 38103

### PHONE NUMBER

(901) 528-5883

Archive

Accessibility

Information Quality

Privacy Policy

Case 2:26-cv-01238-SJB    Document 7-2    Filed 03/04/26    Page 22 of 25 PageID #: 46

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review

5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041

 **EOIR**   Automated Case Information

# Exhibit F

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID: ████
File No: ████
Event No: ████
Date: March 1, 2026

**To any immigration officer of the United States Department of Homeland Security:**

YESENIA GABRIELA PARADA-CAMPOS
_____
(Full name of alien)

who entered the United States at   HIDALGO, TX          on December 25, 2013
_____        _____
(Place of entry)                                                     (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

212a6Ai;

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

KENNETH GENALO              For D'Arth #8696
_____
(Signature of immigration officer)

Field Office Director
_____
(Title of immigration officer)

March 1, 2026, Central Islip, New York
_____
(Date and office location)

ICE Form I-205 (8/07)                                                                   Page 1 of  2

**Alien No:** 206 427 368

To be completed by immigration officer executing the warrant: Name of alien being removed:

YESENIA GABRIELA PARADA-CAMPOS

**Port, date, and manner of removal:** _____



Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)                                                    Page 2 of 2